RIVKIN RADLER LLP
Stuart I. Gordon, Esq.
Matthew V. Spero, Esq.
*Attorneys for Wineve Realty Corp.*
926 RXR Plaza
Uniondale, New York 11556-0926
stuart.gordon@rivkin.com
matthew.spero@rivkin.com
Telephone: (516) 357-3000
Facsimile: (516) 357-3333

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** | <u>Hearing Date</u>: Dec. 3, 2014, 9:45 AM |
| **SOUTHERN DISTRICT OF NEW YORK** | <u>Objection Deadline</u>: Nov. 26, 2014, 4:00 PM |

-----------------------------------------------------------X

In re:                                                                    Chapter 11
                                                                             Case No. 14-12666 (reg)
      RANCHO VIDA, LLC,

                              Debtor.

-----------------------------------------------------------X

### NOTICE OF HEARING ON MOTION OF WINEVE REALTY CORP. SEEKING TO: (I) LIFT THE AUTOMATIC STAY; (II) COMPEL THE DEBTOR TO MAKE IMMEDIATE PAYMENT OF ALL POST-PETITION RENT; AND (III) COMPEL THE DEBTOR TO ASSUME OR REJECT LEASE

    **PLEASE TAKE NOTICE**, that a hearing (the "Hearing") will be held before Bankruptcy Judge Robert E. Gerber on December 3, 2014 at 9:45 AM, or as soon thereafter as counsel may be heard, in his Courtroom (523) at the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004-1408, on the motion (the "Application") of Wineve Realty Corp. (the "Movant") seeking an Order (the "Order") (i) compelling the Debtor to immediately pay and remain current on all post-petition rent under Bankruptcy Code §365(d)(3) and awarding Wineve an administrative expense claim for all post-petition rent that is past due and all rent that subsequently comes due and is not paid during the Debtor's bankruptcy; (ii) granting Wineve relief from the automatic stay pursuant to Bankruptcy Code § 362(d)(1), Bankruptcy Rules 9006(d) and 9014(a) and (b), and Local Bankruptcy Rule 9006-1, and authorizing Wineve to apply the security deposit at its discretion; and (iii) compelling the Debtor to assume or reject the Lease under Bankruptcy Code §365(d)(2).

    **PLEASE TAKE FURTHER NOTICE**, that the Application has been filed electronically within the required time period with the Office of the Clerk of the United States Bankruptcy Court for the Southern District of New York, at the above address, and will also be available for inspection by parties-in-interest during the Clerk's regular office hours.

      **PLEASE TAKE FURTHER NOTICE**, that the Hearing may be adjourned from time to time without further notice other than oral announcement at the Hearing or written posting on the Court's calendar.

      **PLEASE TAKE FURTHER NOTICE**, that any objection to the relief requested in the Application must be filed (a)(i) through the Bankruptcy Court's electronic filing system (in accordance with General Order M-182), which may be accessed (with a password which is available by contacting the Bankruptcy Court's technical assistance staff) through the Internet at the Bankruptcy Court's website: http://ecf.nysb.uscourts.gov/cgi-bin/login.pl, using Netscape Navigator software version 3.0 or higher, and (ii) in portable document format (PDF) using Adobe Exchange software for conversion; or (b) if a party is unable to file electronically, such party shall submit the objection in PDF format on a diskette in an envelope with the case name, case number, type and title of document, document number of the document to which the objection refers, and the file name on the outside of the envelope; or (c) if a party is unable to file electronically or use PDF format, such party shall submit the objection on a diskette in either Word, WordPerfect, or DOS text (ASCII) format. An objection filed by a party with no legal representation shall comply with section (b) or (c) as set forth in this paragraph. A hard copy of the objection, whether filed pursuant to section (a), (b) and (c), as set forth in this paragraph, shall be delivered directly to the Clerk of the Court to the attention of the Honorable Robert E. Gerber. The objection shall also be served in accordance with General Order M-182 or by first-class mail, upon Stuart I. Gordon, Esq. and Matthew V. Spero, Esq., Rivkin Radler LLP, 926 RXR Plaza, Uniondale, New York 11556; Brian J. Hufnagel, Esq., Forchelli, Curto, Deegan, Schwartz, Mineo & Terrana, LLP, The Omni, 333 Earle Ovington Blvd., Suite 1010, Uniondale, NY 11553; Lawrence Morrison, Esq., 87 Walker Street, Floor 2, New York, NY 10013; William K. Harrington, Esq., Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Room 1006, New York, NY 10014; Deborah J. Dwyer, Esq., District Tax Attorney, NYS Department of Taxation and Finance, 15 MetroTech Center, 5th floor, Brooklyn, NY 11201, with a courtesy copy to the Chambers of the Honorable Robert E. Gerber, United States Bankruptcy Judge, One Bowling Green, New York, New York 10004-1408, together with proof of service thereof, so as to be actually received no later than 4:00 p.m. on November 26, 2014.

      **PLEASE TAKE FURTHER NOTICE**, that unless objections or responsive papers are timely received, the Order may be signed.

Dated: Uniondale, New York
       November 14, 2014

                                      RIVKIN RADLER LLP
                                      Attorneys for Wineve Realty Corp.

              By:    /s/ Matthew V. Spero
                        Stuart I. Gordon, Esq.
                        Matthew V. Spero, Esq.
                        926 RXR Plaza
                        Uniondale, New York 11556-0926
                        (516) 357-3000

3078147 v1